

RECEIVED
FEB 0 6 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| JAMES TRAHAN | CIVIL ACTION NO. 05-1548-L |
| VS. | SECTION P |
| SOUTH LOUISIANA CORRECTIONS CENTER, ET AL | JUDGE DOHERTY |
| | MAGISTRATE JUDGE METHVIN |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's civil rights action is **DISMISSED WITH PREJUDICE**, *sua sponte*, under 28 U.S.C. § 1915(e)(2)(B) as frivolous and for failing to state a claim for which relief may be granted.

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this the 6 day of February, 2006.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE